UNITED STATES of America,
Plaintiff-Appellee

v.

Edgar RAYON-GONZALEZ,
Defendant-Appellant

No. 16-40232

United States Court of Appeals,
Fifth Circuit.

Filed September 28, 2017

Paula Camille Offenhauser, Amy Howell Alaniz, Carmen Castillo Mitchell, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant.

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

This case was remanded by the United States Supreme Court for further consideration in light of *Esquivel-Quintana v. Sessions*, —— U.S. ——, 137 S.Ct. 1562, 198 L.Ed.2d 22 (2017). Edgar Rayon-Gonzalez filed opposed motions to summarily vacate the district court judgment, remand for resentencing, and issue the mandate forthwith. We subsequently allowed the Government to file a response out of time. Thereafter, we denied Rayon-Gonzalez's motions and called for supplemental briefing.

After due consideration, we VACATE Rayon-Gonzalez's sentence and REMAND to the district court for resentencing. The district court may consider all relevant factors on resentencing.